PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

RECEIVED

NOV 20 2023

NOEL L. HILLMAN
U.S. DISTRICT JUDGE

Name of Individual Under Supervision: Alanna Garcia  Cr.: 18-00708-001
  PACTS #: 5446103

Name of Sentencing Judicial Officer: THE HONORABLE NOEL L. HILLMAN
  SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/09/2019

Original Offense: Count One: Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1341]; a Class C Felony
Count Two: False Statements or Entries Generally, 18 U.S.C. § 1001(a)(3) and 2; a Class D Felony

Original Sentence: 5 years probation (on each count, concurrent)

Special Conditions: Special Assessment, Restitution, Location Monitoring Program, New Debt Restrictions, Financial Disclosure, Occupational Restrictions, Community Service

Type of Supervision: Probation  Date Supervision Commenced: 10/09/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On or about May 2, 2023, following a car accident, the defendant was questioned by the Florida Highway Patrol, Miami-Dade County, Florida, and she failed to advise the U.S. Probation Officer of the police contact within 72 hours as required |
| 2 | In February 2023, March 2023, and April 2023, the defendant incurred new credit card charges through AAdvantage Aviator Red Mastercard, as evidenced by credit card statements, without first obtaining approval from the U.S. Probation Office. |

U.S. Probation Officer Action:

On or about July 31, 2021, the defendant transferred supervision to the Southern District of Florida; however, jurisdiction remains with the District of New Jersey.

On October 13, 2023, the Probation Office in the Southern District of Florida (SD/FL) presented Garcia with a Waiver of Hearing to Modify Conditions of Supervised Release, recommending the Court modify the conditions of supervision to include a sanction of 30 days of location monitoring. The defendant did not agree to the modification of the conditions of supervision. The U.S. Probation Office also presented Ms. Garcia with a waiver to set her restitution payments at the rate of $600.00 per month, which she also denied.

According to SD/FL, the defendant was originally ordered to submit monthly restitution payments in the amount of no less than $150.00, to commence 30 days after the date of judgment. In March 2023, a financial investigation was completed. The defendant reported her monthly household income and expenses. The defendant stated her husband, D.D., failed to provide her with verification of his income and did not include him in the financial investigation. The defendant reported a monthly income of $4,343.34 and stated her household expenses totaled $3,115.10, which included $1,088 for rent; $131.36 for auto insurance; a $56.26 cellular phone bill; $60.28 cable; $466.00 for groceries, per the IRS standard; $453.20 for an auto loan; $660 for alimony for child support; and a $200 restitution payment. The defendant's reported disposable monthly income was $1,228.24. To date, the defendant has paid $20,388.00 toward the outstanding restitution obligation. The balance is currently $3,090,978.42.

As such, the U.S. Probation Office is respectfully requesting that the Court schedule a status hearing to review the proposed modification of conditions.

Respectfully submitted,
SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   CHARLES PULLETT
U.S. Probation Officer

/ cp

APPROVED:

_____   11/20/23
ANTHONY STEVENS             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Schedule a Modification of Conditions Hearing Before the Court on the Following Date (as recommended by the Probation Office):  12/7/2023 at 2pm, CRM. 3A.

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

November 21, 2023
Date